# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21cr308 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
|  | ) |  |
| vs. | ) | ORDER ACCEPTING PLEA |
|  | ) | AGREEMENT, JUDGMENT AND |
| David B. Ingramm, | ) | REFERRAL TO U.S. PROBATION |
|  | ) | OFFICE |
| Defendant(s). | ) |  |
|  | ) |  |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kathleen B. Burke regarding the change of plea hearing of David B. IngrammClick or tap here to enter text. which was referred to the Magistrate Judge with the consent of the parties.

On April 29, 2021, the Government filed a two count Indictment, charging Defendant in two counts, with Possession with the Intent to Distribute Methamphetamine and Felon in Possession of a Firearm, in violation of Titles 21 U.S.C. § 841(a)(1) and (b)(1)(C).  Defendant Ingramm was arraigned on May 7, 2021, and entered a plea of not guilty to Counts 1 and 2 of the Indictment before this Court.  On September 30, 2021, Magistrate Judge Kathleen B. Burke received Defendant Ingramm's plea of guilty to Counts 1 and 2 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Ingramm is found to be competent to enter a plea and to understand his constitutional rights.  He

is aware of the charges and of the consequences of entering a plea.  There is an adequate factual

basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.

The plea agreement is approved.

Therefore, Defendant Ingramm is adjudged guilty of Counts 1 and 2 of the Indictment,

Possession with the Intent to Distribute Methamphetamine and Felon in Possession of a Firearm,

in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C). This matter was referred to U.S. Pretrial

Services and Probation for the completion of a pre-sentence investigation and report.  Sentencing

will take place on January 20, 2021 at 10:00 a.m.  either via Zoom or in Courtroom 18B, Carl B.

Stokes United States Court House, 801 West Superior Avenue, Cleveland, OH.

IT IS SO ORDERED.


 *s/Dan Aaron Polster      10/15/2021*
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE